IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcos Romo Fuentes,<br><br>  Plaintiff,<br><br>vs.<br><br>Department of Homeland Security; U.S. Customs and Border Protection,<br><br>  Defendants. | No. CIV 06-49-TUC-CKJ<br><br>**ORDER** |

Pending before the Court is the Motion to Dismiss filed by Defendants on 3/21/06; Plaintiff was required to file a response within 30 days. *See* LRCiv 7.2(c); LRCiv 12.1; Fed.R.Civ.P. 6(a). The Court has not received any such response.

LRCiv 7.2(i) provides that "if the opposing party does not serve and file the required answering memoranda . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Motion to Dismiss filed by Defendants is **summarily granted and Defendants are therefore dismissed from this case**;

(2) This case is **dismissed with prejudice**;

\*

\*

(3) The **Clerk of the Court shall enter judgment accordingly and close the file in this matter**.

DATED this 4th day of May, 2006.

_____
Cindy K. Jorgenson
United States District Judge

- 2 -